Geoffrey M. T. Sturr, No. 014063
Emma Cone-Roddy, No. 034285
Osborn Maledon, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
gsturr@omlaw.com
econe-roddy@omlaw.com

Attorneys for Defendant
Salt River Pima-Maricopa Indian Community

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| George Allan Thrasher, | No. 2:18-cv-02080-PHX-SPL |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Tribal First and Hudson Insurance Company; Salt River Community Gaming Enterprise DBA Casino Arizona, Talking Stick Resort, | (Assigned to the Honorable Steven P. Logan) |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., the parties hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs and attorney's fees.

RESPECTFULLY SUBMITTED this 19 day of October, 2018.

By /s/ George Allan Thrasher
George Allan Thrasher
312 S. Surfside Drive
Gilbert, Arizona 85233

Plaintiff, Pro Se

1  
2  
3        OSBORN MALEDON, P.A.

4  
5        By  s/ Geoffrey M. T. Sturr
          Geoffrey M. T. Sturr
          Emma Cone-Roddy
          2929 N. Central Avenue, Suite 2100
          Phoenix, Arizona 85012-2793

6        Attorneys for Defendant
         Salt River Pima-Maricopa Indian Community
7  
8        GALLAGHER & KENNEDY, P.A.

9  
10       By  s/ Jennifer A. Cranston (w/ permission)
             Jennifer A. Cranston
11           2575 East Camelback Road
             Phoenix, Arizona 85016-9225
12  
13       Attorneys for Defendants
         Tribal First and Hudson Insurance Company

14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 19, 2018, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

I hereby certify that on October 19, 2018, I served the attached document by U.S. Mail on the following, who is not a registered participant of the CM/ECF System:

George Allan Thrasher
312 S. Surfside Drive
Gilbert, AZ  85233

s/  Debra Huss

7803712

3