IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Allan Thrasher,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Tribal First and Hudson Insurance Company, et al.,<br><br>　　　　　Defendants. | No. CV-18-02080-PHX-SPL<br><br>**ORDER** |

　　　Pursuant to the parties' stipulation,

　　　**IT IS ORDERED:**

　　　1.　That the Stipulation for Dismissal (Doc. 12) is **granted**;

　　　2.　That this action is **dismissed with prejudice** in its entirety;

　　　3.　That each party shall bear its own costs and attorneys' fees; and

　　　4.　That the Clerk of Court shall terminate this action.

Dated this 19th day of October, 2018.

　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　United States District Judge